United States District Court
Southern District of Texas
**ENTERED**
March 11, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **MOIZALI NOORALI MOMIN,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| VS. | § | **CIVIL ACTION NO. 4:26-CV-00665** |
| | § | |
| **KRISTI NOEM, *et al.*,** | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

For the reasons stated on the record during a hearing held on March 11, 2026, the Court **GRANTED** Plaintiff Moizali Noorali Momin's petition for habeas corpus (ECF No. 1) in part. The Court ordered Plaintiff's release from all supervision conditions not ordered by the Immigration Judge. Accordingly, the Government's motion for summary judgment (ECF No. 15) is **DENIED.** The Court also **DENIES** the Government's Motion to Stay or Defer Ruling Pending Clarification from the Immigration Judge (ECF No. 20) as moot.

The Government shall have 48 hours to comply with this order and should provide a status update on Petitioner's release from all supervision conditions not ordered by the Immigration Judge by March 16, 2026.

**IT IS SO ORDERED.**

Signed at Houston, Texas, on March 11, 2026.

Keith P. Ellison
United States District Judge